28293. GEORGE v. GEORGE.

Nichols, Justice. The order appealed from in this case, properly construed, is an ex parte temporary restraining order and is thus not an appealable judgment. See *Hulsey v. Smith,* 223 Ga. 522 (156 SE2d 353).

Language included in such order requiring the appellant to comply with a prior judgment of the court unappealed from does not change the character of such judgment.

*Appeal dismissed. All the Justices concur.*

Submitted October 10, 1973 — Decided October 25, 1973.

*W. M. Matthews, Jr.,* for appellant.
*Mildred Kingloff, Jack B. McNeil, R. E. Thomas,* for appellee.